GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| Lyone B. Overlin and | ) | |
| Rebecca J. Overlin, | ) | Case No. 19-40972-JMM |
| | ) | |
| Debtors. | ) | |

**Trustee's Objection to Claim of Exemption**

---

Notice of Objection to Claim of Exemption
and Opportunity to Object and for a Hearing

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE NAMED COURT, THE DEBTOR(S), AND DEBTOR(S) ATTORNEY:

## **<u>NOTICE</u>**

**YOU ARE HEREBY NOTIFIED** that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Description | Law | Value |
|---|---|---|
| Debtor is a part of class action lawsuit because of his kidneys with Prilosec to preserve the exemption we will put a value on the claim of $10,000.00 | Idaho Code § 11-604(1)(c) | $10,000.00 |

## OBJECTION

**Objection(s) is made on the following grounds:**

- Trustee objects to the exemption until the Personal Injury Claim has been settled, and the amount reasonably necessary for support has been established. Therefore, exemption should be disallowed.

Dated: December 4, 2019

/s/ Gary L. Rainsdon
Gary L. Rainsdon, Chapter 7 Trustee

## CERTIFICATE OF MAILING

I hereby certify that on December 4, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Kameron M Youngblood    youngbloodlaw@gmail.com, youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Lyone and Rebecca Overlin
431 Duval Cts
Twin Falls, ID 83301

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

/s/ Gary L. Rainsdon
Gary L. Rainsdon, Chapter 7 Trustee