**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Lyone B Overlin ) | Case Number: 19–40972–JMM |
| 431 Duval Cts ) | |
| Twin Falls, ID 83301 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–0916 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Rebecca J Overlin ) | |
| fka Rebecca J Parker Overlin ) | |
| 431 Duval Cts ) | |
| Twin Falls, ID 83301 ) | |
| ) | |
| Social Security No.: xxx–xx–9333 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**ORDER DISALLOWING CLAIM(S) OF EXEMPTION**

The trustee in this case requested the Court not allow certain exemptions claimed by the debtor pursuant to 11 U.S.C. Section 522. Notice of the trustees request was sent to the debtor and a request for hearing has not been made within the time period allowed in that notice.

Based upon the foregoing and good cause appearing therefore, the following exemptions are DISALLOWED to the extent objected to by the trustee:

Debtor is a part of class action Idaho
lawsuit because of his kidneys with
Prilosec to preserve the exemption
we will put a value on the claim of $10,000.00
Code § 11–604(1)(c)
$10,000.00

Dated: 1/2/20

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court