GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| Lyone B. Overlin and | ) | |
| Rebecca J. Overlin, | ) | CASE NO. 19-40972-JMM |
| | ) | |
| Debtors. | ) | |

**Trustee's Case Report**

Date Case Filed: 10/10/19

Matters requiring further administrations:
Trustee is working to collect on a personal injury claim. Trustee has been in contact with the firm which is handling the class action, and a trial is set for January 24, 2022.

Description of pending actions and dates of projected hearings:
There are no pending actions.

Projected date for filing of final accounting:
There is currently $910.40 available in the estate.  The Trustee's Final Report is projected to be filed by December 31, 2022.

Dated this: October 13, 2021

/s/  Gary L. Rainsdon
Gary L. Rainsdon, Trustee

cc: U.S. Trustee, ECF