# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

**In re:**

| | |
|---|---|
| BRIAN ANDREASEN and KATHRYN A. ANDREASEN, | Case No. 19-40324-JMM  (Ch. 7) |
| PETER MICHAEL LESBO, | Case No. 19-40683-JMM  (Ch. 7) |
| STEPHEN PICHETTE and DANIELLE PICHETTE, | Case No. 19-40730-JMM  (Ch. 7) |
| LYONE B. OVERLIN and REBECCA J. OVERLIN, | Case No. 19-40972-JMM  (Ch. 7) |
| JAMES EDWARD DESCOTEAU, | Case No. 20-00843-JMM  (Ch. 7) |
| HEATHER MANNING, | Case No. 20-01004-JMM  (Ch. 7) |
| DOMINIQUE WILSON, | Case No. 20-01047-JMM  (Ch. 7) |
| LESLIE A. SETTLES, | Case No. 20-01063-JMM  (Ch. 7) |
| APRIL TREJO ESPINO, | Case No. 20-40528-JMM  (Ch. 7) |
| DARREL DICKSON, JR., | Case No. 20-40754-JMM  (Ch. 7) |
| KARA D. ANDRUS, | Case No. 20-40819-JMM  (Ch. 7) |
| TARA DAWN MACTAGGART, | Case No. 20-40902-JMM  (Ch. 7) |
| BRANDY G. EMDIN, | Case No. 20-40903-JMM  (Ch. 7) |

| | |
|---|---|
| CHRISTY L. PHIPPS, | Case No. 20-40915-JMM (Ch. 7) |
| ALICIA D. BARENDREGT and COLIN BARENDREGT, | Case No. 20-40931-JMM (Ch. 7) |
| TYRON L. BATES and MEAGAN BENNETT, | Case No. 20-40961-JMM (Ch. 7) |
| HANNAH JOY CAIN, | Case No. 21-00248-JMM (Ch. 7) |
| LAUREN DAWN RIVERA, | Case No. 21-40002-JMM (Ch. 7) |
| CALLIE RAMIREZ, | Case No. 21-40012-JMM (Ch. 7) |
| RUTH M. CRISP, | Case No. 21-40032-JMM (Ch. 7) |
| LISA M. PHIPPS, | Case No. 21-40100-JMM (Ch. 7) |
| RHONDA M. WRIGHT, | Case No. 21-40160-JMM (Ch. 7) |
| KENDRICK N. PEREIRA, | Case No. 21-40162-JMM (Ch. 7) |
| HUNTER B. SOLIDAY, | Case No. 21-40286-JMM (Ch. 7) |
| KRISTI M. RANDALL, | Case No. 21-40374-JMM (Ch. 7) |
| SAMANTHA M. WHITWORTH, | Case No. 21-40460-JMM (Ch. 7) |
| JOSHUA T. CLAUNCH and ANIKA D. CLAUNCH, | Case No. 21-40466-JMM (Ch. 7) |

| | |
|---|---|
| ASHLEE M. CROASMUN, | Case No. 21-40467-JMM  (Ch. 7) |
| CAMERON WARD and MELISSA HEATH, | Case No. 21-40476-JMM  (Ch. 7) |
| BRITNI HOWE and CASSIE HOWE, | Case No. 21-40482-JMM  (Ch. 7) |
| RAFA ELLIOTT and CYNTHIA ELLIOTT, | Case No. 21-40483-JMM  (Ch. 7) |
| CHAD N. MOXLEY and TONI L. MOXLEY, | Case No. 21-40497-JMM  (Ch. 7) |
| LOUIS DAVIS ELLWOOD and JESSICA ELLWOOD, | Case No. 21-40517-JMM  (Ch. 7) |
| KELSIE SHURTLIFF, | Case No. 21-40532-JMM  (Ch. 7) |
| MARISSA J. JOHNSON, | Case No. 21-40533-JMM  (Ch. 7) |
| CHRISTOPHER D. SMITH and MISTY SMITH, | Case No. 21-40540-JMM (Ch. 7) |
| ERIC R. WHITTEKIEND and SHARLA K. WHITTEKIEND, | Case No. 21-40557-JMM  (Ch. 7) |
| NATHAN S. TRACY, | Case No. 21-40563-JMM  (Ch. 7) |
| Debtors. | |

## ORDER REMOVING DEBTORS' ATTORNEY

On November 18, 2021, the Acting United States Trustee's Motion for Monetary and Injunctive Remedies against attorney Kameron Youngblood came on for hearing before the Court in each of the above-captioned cases seeking, among other remedies, a severing of the attorney-client relationship between Mr. Youngblood and his clients. Mr. Youngblood is the

attorney of record for the debtors in each of the above cases.[1]  During the November 18, 2021, hearing, Mr. Youngblood indicated he is no longer capable of providing adequate representation to his clients in any of the captioned cases and made what amounted to an oral motion to withdraw as counsel in each case.  Based on Mr. Youngblood's representations and request, and for other good cause, the Court finds removal of Mr. Youngblood as attorney for the debtors in each of the above cases is necessary and appropriate.  Therefore:

IT IS HEREBY ORDERED:

1. Attorney Kameron Youngblood is hereby removed as counsel for each debtor in the above-captioned cases and the attorney-client relationship between Mr. Youngblood and each debtor is terminated.

2. Each of the debtors in the above-identified cases shall file, or cause new counsel to file, a written notice with the Court within 21-days of the date of this Order stating either:

   a. The debtor will appear in person and represent him- or herself (*pro* se) in all matters relating to the debtor's case; or

   b. Another attorney has been appointed by the debtor to appear on his or her behalf.  Any incoming attorney shall forthwith give notice of the appearance as attorney of record to all parties in interest *in that bankruptcy case* and shall file a proof of service with the Court.

3. No further proceedings that would affect the debtors' rights in any of the above-captioned cases shall be held until 21-days from the date of this Order.

4. Failure of a debtor to appear, either in-person or through newly appointed

---

[1] While the United States Trustee's Motion was filed in additional open cases that Mr. Youngblood had commenced for other debtor clients, substitutions of counsel have been entered in some such cases, designating new counsel. The above-captioned cases are those assigned to the undersigned Judge and where there has been no formal notice of substituted debtors' counsel.

counsel, in any above-captioned case during the 21-day period from the date of this Order shall be sufficient grounds for dismissal of a debtor's case without further notice if such appears appropriate.

This Order terminates the attorney-client relationship between Mr. Youngblood and each of the debtors in the above-identified cases. It does not address any fee agreement between the debtors and Mr. Youngblood. The Court will take the other remedies requested in the United States Trustee's Motion, including the voiding of fee agreements, the return of fees, and the imposition of any other remedy or civil penalty, under advisement after December 17, 2021,[2] and will subsequently issue a decision on those matters.

DATED: November 22, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court modified the proposed order by inserting the words in *italics* to subparagraph 2.b. in the proposed order submitted by counsel.

Submitted by Jason R. Naess
Attorney for the Acting United States Trustee

---

[2] The Court has provided Mr. Youngblood additional time, until December 17, 2021, to provide any written response or argument as to the United States Trustee's Motion. In addition, the Court may reopen the evidentiary record to receive limited additional evidence, as indicated at the November 18, 2021, hearing, prior to entering a decision and/or final orders in these cases.